IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                                  No. CIV S-11-1295 KJM-KJN

    vs.

DAVID J. EID and SHERRY J. EID,

    Defendants.                          <u>ORDER TO SHOW CAUSE</u>

/

          Plaintiff filed the complaint in the above-captioned action on May 13, 2011. (ECF 1.) Defendants were sub-served on May 31, 2011 after three attempts at personal service but have not yet appeared in this action (ECF 7); the clerk entered default on October 17, 2011 (ECF 11). Defendants were mailed the summons on November 2, 2011. (ECF 12.) This case has remained stagnant since then.

          Accordingly, plaintiff is hereby ORDERED, within fourteen (14) days of the entry of this order, to show cause why this case should not be dismissed for failure to prosecute.

          IT IS SO ORDERED.

DATED: January 6, 2012.

                                               UNITED STATES DISTRICT JUDGE