IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

vs.

DAVID J. EID; and SHERRY J. EID,

    Defendants.

No. CIV S-11-1295 KJM-KJN

<u>ORDER</u>

    The court issued an order to show cause on January 9, 2012 due to plaintiff's failure to prosecute. (ECF 13.) Plaintiff responded on January 24, 2012, indicating that he would be moving for default judgment within three weeks. (ECF 14.) On February 14, 2012, plaintiff filed a motion for default judgment. (ECF 15.) Accordingly, the January 9 order to show cause is hereby DISCHARGED.

    IT IS SO ORDERED.

DATED: February 16, 2012.

_____
UNITED STATES DISTRICT JUDGE

1