IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                                    No. CIV S-11-1295 KJM-KJN

    vs.

DAVID J. EID, dba David's Spirit; et al.,       <u>ORDER; ORDER TO SHOW CAUSE</u>

    Defendants.

_____/

        This matter is before the court upon plaintiff's request seeking leave to re-serve defendants. (ECF 19.) Plaintiff indicates that although defendants have been properly served he is filing the present request "to resolve any possible concerns regarding service." (*Id.*) He indicates that "[t]he defendant [sic] would not be prejudice [sic] since the defendants has [sic] already been served . . . ." (*Id.*)

        Federal Rule of Civil 4(m) provides that service must be effected within 120 days of the filing of a complaint; however, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

        Plaintiff, in his one paragraph request, has not mentioned "good cause," or established good cause. He does not address the magistrate judge's recent denial of his motion for default judgment based on the finding that plaintiff has not shown proper service of process

1

1 was effected in this case. (ECF 18.) Moreover, plaintiff brought this case eleven months ago, on
2 May 13, 2011. (ECF 1.) On the record before the court, no good cause has been shown to grant
3 plaintiff's request.
4     In light of the above, as well as the court's inherent power to manage its docket,
5 <u>Ready Transp., Inc. v. AAR Mfg.</u>, 627 F.3d 402, 404 (9th Cir. 2010), the court directs plaintiff to
6 SHOW CAUSE within fourteen days why this action should not be dismissed. F<small>ED</small>. R. C<small>IV</small>. P.
7 4(m).
8     IT IS SO ORDERED.
9 DATED: May 2, 2012.

                                      UNITED STATES DISTRICT JUDGE