IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                      No. CIV S-11-1295 KJM-KJN

    vs.

DAVID J. EID, dba David's Spirit; et al.,      <u>ORDER</u>

    Defendants.

         On May 3, 2012, the court ordered plaintiff to show cause, within fourteen days, why this action should not be dismissed for his failure to effect service within 120 days of the filing of the complaint. (ECF 20.) Plaintiff filed a notice of settlement on May 15, 2012. (ECF 21.) Plaintiff has not responded to the court's order to show cause.

         Accordingly, this matter is dismissed with prejudice. *See* Local Rule 110. The clerk of the court is directed to close this case.

         IT IS SO ORDERED.

DATED: May 31, 2012.

                                           UNITED STATES DISTRICT JUDGE

1